**Dismissed and Memorandum Opinion filed January 17, 2019.**



In The

# Fourteenth Court of Appeals

NO. 14-18-00783-CV

**JENNIFER ROSS, Appellant**

**V.**

**HAVEN AT HIGHLAND KNOLLS LP, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1115320**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed August 29, 2018. The clerk's record was filed September 21, 2018. The reporter's record was not filed. No brief was filed.

On November 20, 2018, this court issued an order stating that unless appellant filed a brief on or before December 20, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is dismissed.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain.